IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF SEALED    Case No. 14-726 (ADC)

## MOTION TO SEAL

TO THE HONORABLE COURT:

**COMES NOW** the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. The accompanying envelope contains an Indictment and arrest warrants to be executed in connection with a drug trafficking and money laundering investigation.

2. The investigation has been developed through the use of confidential sources and undercover agents. As of the time of the filing of this motion, the investigation is ongoing.

3. Some of the individuals to be arrested are currently in Colombia. The United States Attorney's Office for the District of Puerto Rico is initiating extradition proceedings to bring the defendant to the District of Puerto Rico.

4.      Allowing access to the public of the above mentioned pleadings may adversely affect the outcome of the arrests, extraditions, and ongoing investigation.

**THEREFORE:** The United States respectfully requests that the above mentioned pleadings be accepted by the Court for filing and appropriate disposition, and that it **remain under seal** until further order from this Court, except that copies of these pleadings, in full or redacted form, may be provided to the Office of International Affairs and / or other agencies to be served on the authorities involved in the extradition as necessary to effectuate the extradition.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 4th day of December, 2014.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

*Carlos R Cardona*
CARLOS R. CARDONA
USDC No. G00501
Assistant United States Attorney
United States Attorney's Office
Chardón Tower, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 772-4012
Email: carlos.r.cardona@usdoj.gov